

ORIGINAL

**FILED**

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0459

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 22-0459

BRYAN N. ARVIDSON,

    Petitioner,

v.

CAPTAIN BRADLEY BRAGG, LEWIS &
CLARK COUNTY DETENTION CENTER,

    Respondent.

FILED

SEP 0 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Bryan N. Arvidson has filed his fourth petition for habeas corpus relief with this Court in about a month. In his instant petition, Arvidson explains that on August 5, 2022, he appeared in Justice Court for sentencing. He states that Judge Swingley sentenced him without an attorney, even though Arvidson had requested representation from counsel since October 3, 2021. He concludes that his conviction should be "thrown out" because his due process of law has been violated.

Arvidson's remedy is not with this Court. He retains the remedy of appeal of a Justice Court's decision to the First Judicial District Court, Lewis and Clark County. Section 46-20-104(1), MCA; *State v. Harning*, 2022 MT 61, 408 Mont. 140, 507 P.3d 145.

Accordingly,

IT IS ORDERED that Arvidson's Petition for Writ of Habeas Corpus is DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record, to Captain Bradley Bragg, and to Bryan N. Arvidson personally.

DATED this 6 day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices